IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW ECKSTEIN, | ) | CASE NO. 1:24-CV-00514-CEF |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE |
| DIANE LLOYD, *et al.*, | ) | JONATHAN D. GREENBERG |
| | ) | |
| Defendants. | ) | **REPORT & RECOMMENDATION** |

This matter has been referred to the undersigned for general pretrial supervision, discovery issues and resolution of all non-dispositive motions. (See Order dated April 10, 2024.)

On March 19, 2024, Plaintiff filed one summons and one form for service by the U.S. Marshals, listing all three defendants ("Dianne Lloyd", "Jennifer Black", and "Lutinent [sic] D. Thrasher") on each form. (Doc No. 1.) Per the Court's April 16, 2024 Order, Plaintiff was instructed to file one form per defendant for service by the U.S. Marshals and one summons for each defendant in this case no later than May 17, 2024. (Doc. No. 7.) The Court warned Plaintiff that failure to do so by this date would result in a recommendation that this case be dismissed without prejudice. (*Id*.)

On May 8, 2024, Plaintiff filed one summons and one form for service by the U.S. Marshals for each defendant (Doc No. 8.) However, the summonses and forms for service by the U.S. Marshals are now directed to: "Mailroom Staff – Hammer", "Diane Lloyd", and "Lt. D. Thrasher." (*Id*.)

Fed. R. Civ. P. 4(c) provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Further, in

the interest of managing its docket and avoiding unnecessary burdens on the tax-supported courts and opposing parties, the Court may dismiss a plaintiff's complaint for failure to prosecute. *Knoll v. American Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999); *Leisure v. Ohio*, 12 Fed. Appx. 320, 321 (6th Cir.2001), ("[…] we conclude that dismissal of Leisure's complaint was proper under Fed.R.Civ.P.4. Leisure failed to serve the defendants […] and the defendants did not waive service of process. Furthermore, in her response to the district court's show cause order, Leisure did not demonstrate good cause for her failure to timely serve the defendants."). In this instance, Plaintiff has failed to comply with the Court's Order to file a summons and form for service by the U.S. Marshals against defendant Jennifer Black by May 17, 2024, and in doing so he has failed to actively pursue this litigation to its completion within a reasonable amount of time.

For the foregoing reasons, the Magistrate Judge recommends defendant Jennifer Black be dismissed from the above-captioned matter without prejudice.

Date: May 20, 2024               */s/ Jonathan Greenberg*
                                 Jonathan D. Greenberg
                                 United States Magistrate Judge

**OBJECTIONS**
**Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).**